## A03A2487. HAMMOND v. CARNETT'S, INC.
(614 SE2d 114)

JOHNSON, Presiding Judge.

We previously held in this case that the trial court had abused its discretion in denying a motion for class certification.[1] The Supreme Court has now reversed that decision, holding that the trial court did not abuse its discretion.[2] Accordingly, our previous decision is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Mikell and Bernes, JJ., concur.*

DECIDED APRIL 14, 2005.

*Weissman, Nowack, Curry & Wilco, Ned Blumenthal, Marc B. Hershovitz, Michael K. Jablonski, Roy E. Barnes, John F. Salter, Jr.,* for appellant.

*Hicks, Casey & Barber, Richard C. Foster,* for appellee.

*Nall & Miller, Robert B. Hocutt, Mark D. Lefkow, Isaac Byrd, Deputy Attorney General, Sidney R. Barrett, Jr., Senior Assistant Attorney General, Daniel S. Walsh, Assistant Attorney General,* amici curiae.

---

[1] *Hammond v. Carnett's, Inc.,* 266 Ga. App. 242 (596 SE2d 729) (2004).
[2] *Carnett's, Inc. v. Hammond,* 279 Ga. 125 (610 SE2d 529) (2005).